IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CEDRIC A. MITCHELL      PLAINTIFF

v.      Case No. 6:20-cv-06138

DETECTIVE TOBIAS ARRIOLA,
Fort Smith Police Department;
RENEE FOTSO a/k/a JOHNSON and/or
WILLIS; DETECTIVE RUSSELL
USSERY, Arkadelphia Police Department;
DETECTIVE CHAD FORD, New
Boston Police Department; and
ARKANSAS 911 NEWS      DEFENDANTS

## ORDER

Cedric A. Mitchell ("Mitchell"), currently an inmate of the Garland County Detention Center ("GCDC"), filed this *pro se* civil rights action under 42 U.S.C. § 1983. Mitchell proceeds in forma pauperis ("IFP"). The case is before the Court for preservice screening under 28 U.S.C. § 1915A. Pursuant to § 1915A, the Court has the obligation to screen any complaint in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.

The same day he filed the Complaint in this case, Mitchell filed an identical Complaint in the Fort Smith Division, *Mitchell v. Arriola, et. al.*, Civil No. 2:20-cv-02211. As the events giving rise to this lawsuit occurred in the Fort Smith Division, the case will be screened in that division. This case is **DISMISSED WITHOUT PREJUDICE** because it is duplicative of the action filed in the Fort Smith Division.

**IT IS SO ORDERED**, this 1st day of February, 2021.

                                       /s/ Susan O. Hickey
                                       Susan O. Hickey
                                       Chief United States District Judge